IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:15-cv-00250-FL

| KELLY A. BOYD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| CISCO SYSTEMS, INC., MIKHAIL MOONEY, and CHRIS BERRIMAN, | ) | |
| Defendants. | ) | |

THIS MATTER COMES BEFORE THE Court upon the Motion to Compel Arbitration and Stay Proceedings by Defendant Cisco Systems, Inc., Mikhail Mooney, and Chris Berriman (collectively, "Defendants").

NOW THEREFORE, having considered this Motion, the arguments of counsel, and other matters of record, the Court hereby ORDERS as follows:

1. The parties are hereby ordered to submit all claims asserted in this case to arbitration pursuant to the terms of the Arbitration Agreement.

2. This case is STAYED pending the resolution of the arbitration pursuant to the Arbitration Agreement. A joint status report shall be filed within six months' time should this case then remain on the court's docket.

IT IS SO ORDERED, THIS <u>1st</u> day of <u>February</u>, 2016.

_[signature: Louise W. Flanagan]_

The Honorable Louise W. Flanagan
Resident District Court Judge